UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                              CRIMINAL ACTION NO. 3:10CR-106-S

WILLIAM CABBIL, JR.                                                          DEFENDANT

INFORMATION AND NOTICE OF
PRIOR FELONY DRUG CONVICTION
OF THE DEFENDANT WILLIAM CABBIL, JR.
*Electronically Filed*

Comes the United States of America, by counsel, Thomas W. Dyke, Assistant United States Attorney for the Western District of Kentucky, and hereby serves this notice of the intent of the United States to seek an enhanced sentence as prescribed in 21 U.S.C. § 851. The United States charges that the defendant, **WILLIAM CABBIL, JR.,** has been convicted previously of a felony drug offense, to wit:

> On or about April 25, 2007, **WILLIAM CABBIL, JR.** was convicted of trafficking in a controlled substance, in case number 05-CR-2446, in the Jefferson Circuit Court, Jefferson County, Kentucky, a felony drug offense, and;
>
> On or about March 14, 2000, **WILLIAM CABBIL, JR.** was convicted of trafficking in a controlled substance, in case number 99-CR-2900, in the Jefferson Circuit Court, Jefferson County, Kentucky, a felony drug offense.

WHEREFORE, the United States further charges that as a result of this information being filed with the court and served on the defendant through counsel, said defendant, **WILLIAM CABBIL, JR.**, is now subject to the enhanced penalties found in 21 U.S.C. § 841(b)(1).

>Respectfully submitted,
>
>DAVID J. HALE
>United States Attorney
>
>S/Thomas W. Dyke
>Assistant United States Attorney
>510 West Broadway, 10th Floor
>Louisville, Kentucky 40202
>(502) 582-5911 (phone)
>(502) 582-5097 (fax)

CERTIFICATE OF SERVICE

On October 19, 2010, I electronically filed this document through the ECF system, which will send a notice of electronic filing to: Hon. Casey McCall, Attorney at Law, 600 West Main Street, Louisville, Kentucky 40202.

>S/Thomas W. Dyke
>Assistant United States Attorney