# VERDICT FORM

| United States District Court | District |
| --- | --- |
| | Western District of Kentucky |

| Case Title | Docket No. |
| --- | --- |
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. 3:10CR-106-S |
| WILLIAM CABBIL, JR. a/k/a "June" | |

WE, THE JURY, IN THE ABOVE ENTITLED AND NUMBERED CASE FIND:

The defendant, William Cabbil, Jr., a/k/a/ "June," __guilty__ as to Count 1 of the indictment.
(guilty/not guilty)

The defendant, William Cabbil, Jr., a/k/a/ "June," __guilty__ as to Count 2 of the indictment.
(guilty/not guilty)

The defendant, William Cabbil, Jr., a/k/a/ "June," __guilty__ as to Count 3 of the indictment.
(guilty/not guilty)

| Foreperson's Signature | Date |
| --- | --- |
| #1 | 12 Jan 11 |